WRIGHT, FINLAY & ZAK, LLP
Lukasz I. Wozniak, OSN #136245
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel.: (949) 477-5050; Fax: (949) 608-9142
Email: lwozniak@wrightlegal.net

Attorneys for Defendant CENTRAL MORTGAGE COMPANY

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **KATHERINE COTRELL,** | Case No.: 3:15-cv-00844-AA |
| Plaintiff, | *Assigned to: Hon. Ann Aiken* |
| vs. | [PROPOSED] JUDGMENT |
| **CENTRAL MORTGAGE COMPANY, NORTHWEST TRUSTEE SERVICES, INC.** | |
| Defendants. | |

On July 30, 2015, the Court issued its Opinion and Order on defendants' Central Mortgage Company ("Central") and Northwest Trustee Services, Inc. ("NWTS") (collectively, "Defendants") motions to dismiss plaintiff Katherine Cotrell's ("Plaintiff") complaint pursuant to Fed. R. Civ. Proc. 12(b)(6) [Docket No. 15.] The Court granted Defendants' motions to dismiss, permitting Plaintiff to file a motion for leave to amend the complaint within 20 days from the date of the issuance of the Opinion and Order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff has failed to file a motion for leave to amend the complaint and, accordingly, pursuant to the Court's Opinion and Order, and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Plaintiff's entire action against Defendants is DISMISSED with prejudice. This is a final judgment.

Dated this 24th day of August, 2015.

_____
Hon. Ann Aiken

Presented by:

WRIGHT FINLAY & ZAK, LLP


/s/ Lukasz I. Wozniak
Lukasz I. Wozniak OSN #136245
Email: lwozniak@wrightlegal.net
4665 MacArthur Court, Suite 200
Newport Beach, CA  92660
Tel.: (949) 477-5050; Fax: (949) 608-9142

Attorneys for Defendant
CENTRAL MORTGAGE COMPANY